UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:23-mj-00576-EJY |
|---|---|
| Plaintiff, | FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |
| v. | |
| CELIA BERNAL REYNOLDS, | |
| Defendant. | |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defense counsel is awaiting discovery.

2. Once discovery is received, defense counsel will require additional time to review discovery, conduct investigation, file potential pretrial motions, and determine whether this matter will be resolved through negotiations or will proceed to trial.

3. The defendant is not incarcerated and does not object to the continuance.

4. The parties agree to the continuance.

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section § 3161 (h)(7)(A), when the considering the factors under Title 18, United States Code, § 3161(h)(7)(B)(i), (iv).

**ORDER**

IT IS THEREFORE ORDERED that the parties herein shall have to and including December 27, 2023 to file any and all pretrial motions and notice of defense.

IT IS FURTHER ORDERED that the parties shall have to and including January 10, 2024 to file any and all responses.

IT IS FURTHER ORDERED that the parties shall have to and including January 17, 2024 to file any and all replies.

IT IS FURTHER ORDERED that trial briefs, proposed voir dire questions, proposed jury instructions, and a list of the Government's prospective witnesses must be electronically submitted to the Court by the 26th day of February, 2024.

IT IS FURTHER ORDERED that the trial currently scheduled for January 3, 2024, at the hour of 9:30 a.m., be vacated and continued to March 6, 2024 at the hour of 9:30 a.m.

DATED this 22nd day of November, 2023.

UNITED STATES MAGISTRATE JUDGE

4