UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Celia Bernal Reynolds,<br><br>　　　　Defendant. | Case No. 2:23-mj-00576-EJY<br><br>[Proposed] Order |

　　The Court finds that Ms. Reynolds has completed the special conditions of her unsupervised probation in accordance with her plea agreement and sentence.

　　IT IS THEREFORE ORDERED that the Stipulation (ECF No. 12) is GRANTED.

　　IT IS FURTHER ORDERED that Ms. Reynolds is permitted to withdraw her guilty plea to Count One: Operating a Motor Vehicle Under the Influence.

　　IT IS FURTHER ORDERED that the Court, consistent with the plea agreement and sentence, enters a plea of guilty to Amended Count One: Reckless Driving.

　　IT IS FURTHER ORDERED that the status conference set for October 2, 2024, at 9:30 AM is vacated.

　　DATED this 30th day of September, 2024.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

3